# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Derek Scott,<br>             Plaintiff(s),<br><br>vs.<br><br>AT&T Mobility Services, LLC,<br>Steve Driscoll, Steve Menard,<br>Doug Clark, Stacey Swartz,<br>AT&T Inc.<br>             Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:21-cv-03333-AT |

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of Defendant AT&T Inc. and Menard's Motions to Dismiss and AT&T Mobility Services, LLC, Driscoll, Clark, and Swartz's Motion for Summary Judgment, and the court having granted said motions, it is

**Ordered and Adjudged** that the plaintiff take nothing; that defendant's AT&T Mobility Services, LLC, Driscoll, Clark, and Swartz recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 3rd day of August, 2023.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                                        By:  s/D. Burkhalter
                                             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 3, 2023
Kevin P. Weimer
Clerk of Court

By: s/D. Burkhalter
     Deputy Clerk